UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUDREY KING, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:13-cv-01708-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF NO. 14)<br><br>CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE |

　　　Plaintiff is a civil detainee at Coalinga State Hospital proceeding *pro se* and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983.  (ECF Nos. 1 & 4.)  On March 27, 2015, Plaintiff filed a Motion to Withdraw Petition.  (ECF No. 14.)

　　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Plaintiff's March 27, 2015 notice is sufficient under Rule 41.

　　　Accordingly, this action is hereby DISMISSED without prejudice.  The Clerk shall terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated:　March 30, 2015　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE